# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO: AU:25-CR-00550(1)-ADA |
| § | |
| (1) CRISTIAN ITUARTE-CAMPUZANO § | |

## ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 23, 2025, wherein the defendant (1) CRISTIAN ITUARTE-CAMPUZANO waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) CRISTIAN ITUARTE-CAMPUZANO to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) CRISTIAN ITUARTE-CAMPUZANO's plea of guilty to Count One (1) is accepted.

    Signed this 6th day of January, 2026.

                                                                         ALAN D ALBRIGHT
                                                                         UNITED STATES DISTRICT JUDGE